USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/18/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JOSE PEREZ, JR.,

                Plaintiff,

-against-

581 2ND AVE. LLC and
E&E RESTAURANT 2, LLC.,

                Defendants.

------------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**24-CV-8558 (AS)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter is scheduled for **Thursday, April 24, 2025 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **April 17, 2025 by 5:00 p.m.**

      SO ORDERED.

Dated: February 18, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge