

| | |
|---|---|
| | Kaufman Dolowich LLP<br>135 Crossways Park Drive, Suite 201<br>Woodbury, NY 11797<br><br>Telephone: 516.681.1100<br><br>www.kaufmandolowich.com |

**Jennifer E. Sherven, Esq.**
JSherven@kaufmandolowich.com

**Solomon Abramov, Esq.**
SAbramov@kaufmandolowich.com

September 2, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/03/2025
```

**MEMO ENDORSED**

**VIA ECF**
Hon. Katherine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        **Re:    Jose Mario Perez, Jr. v. 581 2ND Ave, LLC and E & E Restaurant 2, LLC**
              **Case No.:    1:24-cv-08558 (AS) (KP)**

Dear Judge Parker:

        This firm represents Defendant E & E Restaurant 2, LLC in this matter. We write jointly with counsel for Plaintiff Jose Mario Perez ("Plaintiff") and Co-Defendant 581 2ND Ave, LLC to respectfully request a brief 3-week adjournment of the September 9, 2025 settlement conference, and a corresponding adjournment of the pre-conference submissions deadline.

        Plaintiff's accessibility expert has completed a site inspection and issued a report, and Plaintiff recently conveyed an opening settlement demand. Defendants' accessibility expert requires additional time to finalize a rebuttal report and, upon completion, Defendants intend to formulate and present an opening settlement offer. The Parties agree that the rebuttal expert report and a response to Plaintiff's opening settlement demand will aid in facilitating productive settlement discussions.

        The Parties have conferred and are all available to attend the settlement conference on the following dates: afternoon of October 3, 2025; afternoon of October 21, 2025; or any date thereafter as may be convenient for the Court.

        This is the Parties third request for an adjournment of the settlement conference. All prior requests with jointly made by the Parties and were graciously granted by the Court. We thank Your Honor for your consideration of the Parties request.

                                                   Respectfully submitted,
                                                   KAUFMAN DOLOWICH LLP

                                                   Jennifer E. Sherven
                                                   Solomon Abramov

cc:    All counsel of record (*via* ECF)

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Tuesday, September 9, 2025 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Monday, November 3, 2025 at 2:00 p.m.</u>  Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>October 27, 2025 by 5:00 p.m.</u>

APPLICATION GRANTED

*[signature: Katharine H. Parker]*

Hon. Katharine H. Parker, U.S.M.J.

09/03/2025