

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Jennifer E. Sherven, Esq.**
JSherven@kaufmandolowich.com

**Solomon Abramov, Esq.**
SAbramov@kaufmandolowich.com

October 24, 2025

**VIA ECF**
Hon. Katherine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2025
```

      Re:    **Jose Mario Perez, Jr. v. 581 2ND Ave, LLC and E & E Restaurant 2, LLC**
            **Case No.:   1:24-cv-08558 (AS) (KP)**

Dear Judge Parker:

      This firm represents Defendant E & E Restaurant 2, LLC in this matter. We write jointly with counsel for Plaintiff Jose Mario Perez ("Plaintiff") and Co-Defendant 581 2ND Ave, LLC to respectfully request an adjournment of the November 3, 2025 settlement conference, and a corresponding adjournment of the pre-conference submissions deadline.

      The reason for the adjournment is that Defendants' accessibility expert requires additional time to finalize a rebuttal report. Upon completion of the report, Defendants intend to formulate and present an opening settlement offer to Plaintiff. The Parties agree that the rebuttal expert report and a response to Plaintiff's opening settlement demand will aid in facilitating productive settlement discussions. Moreover, the representative with settlement authority on behalf of Defendant E & E Restaurant 2, LLC recently advised that he must travel during the week of November 3, 2025.

      The Parties have conferred and are all available to attend the settlement conference on the following dates: afternoon of December 8, 2025; afternoon of December 15, 2025; or any date thereafter as may be convenient for the Court.

      This is the Parties fourth request for an adjournment of the settlement conference. All prior requests were jointly made by the Parties and were graciously granted by the Court. We thank Your Honor for your consideration of the Parties request.

                                                        Respectfully submitted,
                                                         KAUFMAN DOLOWICH LLP

                                                         Jennifer E. Sherven
                                                          Solomon Abramov

cc:     All counsel of record (*via* ECF)

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Monday, November 3, 2025 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Tuesday, January 20, 2026 at 2:00 p.m.</u> Parties must attend in person with their counsel. Corporate parties must send the person with decisionmaking authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>January 13, 2026 by 5:00 p.m.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
10/27/2025