UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE MARIO PEREZ, JR.,

                Plaintiff,

      -against-

581 2ND AVE., LLC, et al.,

                Defendants.

24-CV-8558 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    By December 17, 2025, the parties shall meet, confer, and propose three separate two-week periods for trial between February and August of 2026.

    SO ORDERED.

Dated: December 10, 2025
       New York, New York

                           ARUN SUBRAMANIAN
                       United States District Judge